AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Elias Gonzalez

JUDGMENT IN A CIVIL CASE

v.

Grant County, et al

CASE NUMBER: 08-CV-5055-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  the First Amended Complaint is DISMISSED without prejudice under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2), to seeking appropriate state court remedies if available.

| | |
|---|---|
| 11/04/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |